**Lorraine AGELOFF et al.**

v.

**Henry F. MURRAY, Jr., et al.**

**No. 80–285–M.P.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for petitioners.

Gary R. Pannone, Special Legal Counsel, Board of Review, Department of Employment Security, Providence, for respondents.

**ORDER**

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

**Stanwood A. DEMERS d/b/a Stanwood Music Co.**

v.

**John H. NORBERG, Tax Administrator.**

**No. 80–133A.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Stanwood A. Demers, pro se.

Perry Shatkin, Chief Legal Officer (Taxation) Providence, for defendant.

**ORDER**

The motion of plaintiff Stanwood A. Demers for appointment of counsel and for immediate hearing as prayed is denied. Plaintiff's motion for the 1966 transcript is denied because said transcript has been de-stroyed in accordance with the customary policy of the Superior Court for the disposal of documents and is therefore unavailable. The transcript of the hearing under review in this appeal is available in the Supreme Court clerk's office.

DORIS, J., did not participate.

**STATE**

v.

**Claire O'COIN.**

**No. 80–61–C.A.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

McKinnon & Fortunato, Amy R. Tabor, Daniel V. McKinnon, Pawtucket, for defendant.

**ORDER**

The state's petition for reargument is assigned to the motion calendar for Monday, October 6, 1980 for oral argument.

DORIS, J., did not participate.